GEORGE A. ACERO (SBN: 226709)
KARA D. KEISTER (SBN: 250260)
GORDON & REES LLP
655 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402
gacero@gordonrees.com
kkeister@gordonrees.com

Attorneys for Defendants HILLARD WITT, PATTIE PRENTICE, and BEST SANITIZERS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA LUNGER, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>HILLARD WITT, an individual; PATTIE PRENTICE, an individual; BEST SANITIZERS, INC., a California corporation, and Does 1 through 100, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 2:15:cv-00486-MCE-KJN<br><br>**ORDER GRANTING STIPULATION TO CONTINUE PRETRIAL SCHEDULIGN ORDER DEADLINES** |

Finding good cause, and based on the parties stipulation, the Court orders as follows:

1. Discovery will be reopened and shall close on **August 5, 2016**.

2. The initial expert discovery deadline scheduled for June 10, 2016 will be continued to **August 12, 2016.**

3. The rebuttal expert discovery deadline will continue to be 20 days after the initial expert designation**.**

4. The close of expert discovery scheduled for October 23, 2016 will be continued to **December 16, 2016.**

///

///

///

-1-

5. All other dates/deadlines set forth in the Court's October 14, 2015 Pretrial Scheduling Order (Dkt. No. 23) shall remain the same.

IT IS SO ORDERED.

Dated: June 9, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
655 University Avenue
Suite 200
Sacramento, CA 95825

1105665/28294957v.1

-2-
[Proposed] Order Granting Stipulation to Continue Deadlines
Case No. 2:15:CV-00486-MCE-KJN