THOMAS H. SCHELLEY (SBN: 217285)
LIPELES LAW GROUP, APC
840 Apollo Street, Suite 311
El Segundo, CA 90245
Telephone: (310-322-2211
Facsimile: (310) 322-2252

Attorneys for Plaintiff LISA LUNGER

KARA D. KEISTER (SBN: 250260)
GORDON & REES LLP
655 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402
kkeister@gordonrees.com

Attorneys for Defendants HILLARD WITT, PATTIE
PRENTICE, and BEST SANITIZERS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA LUNGER, an individual, | CASE NO.  2:15-cv-00486-MCE-DB |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY; ORDER THEREON** |
| vs. | |
| HILLARD WITT, an individual; PATTIE PRENTICE, an individual; BEST SANITIZERS, INC., a California corporation, and Does 1 through 100, inclusive, | [Fed. R. Civ. P. Rule 41(a)(1)] |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the Plaintiff LISA LUNGER, on the one hand, and HILLARD WITT, PATTIE PRENTICE, and BEST SANITIZERS, INC. ("Defendants"), on the other hand, by themselves and/or through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1), they agree and stipulate that all of Plaintiff's claims in the above-entitled matter against Defendants shall be dismissed

Gordon & Rees LLP
655 University Avenue, Suite 200
Sacramento, CA  95825

-1-

with prejudice and without cost and fees to any party.

**IT IS SO STIPULATED.**

Dated:   September 26, 2016                    LIPELES LAW GROUP, APC

By: _____/s/_____
                    Thomas H. Schelley
                    Attorneys for Plaintiff LISA LUNGER

Dated:  September 26, 2016                     GORDON & REES LLP

By: _____/s/_____
                    Kara D. Keister
                    Attorneys for Defendants HILLARD
                    WITT, PATTIE PRENTICE, and BEST
                    SANITIZERS, INC.

## ORDER

Based on the foregoing stipulation, and good cause appearing, this action is hereby dismissed, with prejudice, each side to bear its own fees and/or costs.  The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  September 29, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Joint Stipulation For Dismissal; Order Thereon
Case No.  2:15:CV-00486-MCE-DB

Gordon & Rees LLP
655 University Avenue, Suite 200
Sacramento, CA  95825

1105665/29429079v.1